Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Rebecca R. Perez
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 0 5 2025

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>CHRISTOPHER ROBERT MORRELL,<br><br>                    Defendant. | INDICTMENT  2:25-CR-0027-TOR<br><br>Vio.: 21 U.S.C. § 841(a)(1),<br>(b)(1)(A)(viii)<br>Possession with Intent to<br>Distribute 50 Grams or More<br>of Actual (Pure)<br>Methamphetamine<br>(Count 1)<br><br>21 U.S.C. § 841(a)(1),<br>(b)(1)(B)(vi)<br>Possession with Intent to<br>Distribute 40 Grams or More<br>of Fentanyl<br>(Count 2)<br><br>18 U.S.C. §§ 922(g)(1),<br>924(a)(8)<br>Felon in Possession of<br>Firearms<br>(Count 3)<br><br>21 U.S.C. § 853, 18 U.S.C.<br>§ 924, 28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

INDICTMENT – 1

The Grand Jury charges:

## COUNT 1

On or about August 8, 2024, in the Eastern District of Washington, the Defendant, CHRISTOPHER ROBERT MORRELL, did knowingly possess with the intent to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 2

On or about August 8, 2024, in the Eastern District of Washington, the Defendant, CHRISTOPHER ROBERT MORRELL, did knowingly possess with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

## COUNT 3

On or about August 8, 2024, in the Eastern District of Washington, the Defendant, CHRISTOPHER ROBERT MORRELL, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, firearms, to wit: an Anderson Manufacturing semi-automatic AR-15 style rifle bearing serial number 18016419, and a Smith and Wesson model M&P AR-15 style rifle bearing

INDICTMENT – 2

serial number DTE8679, which firearms had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## SERIOUS DRUG FELONY

Before CHRISTOPHER ROBERT MORRELL committed the offenses as charged in Counts 1 and 2, CHRISTOPHER ROBERT MORRELL had a final conviction for a serious drug felony, as defined in 21 U.S.C. § 802(57), to wit: Delivery of a Controlled Substance Methamphetamine (3 counts), in violation of Revised Code of Washington § 69.50.401(1)(2)(a/b)D-F, in the Superior Court of Washington, County of Spokane, in case number 09-1-00858-3, for which he served a term of imprisonment of more than 12 months and was released from imprisonment within 15 years of the commencement of the instant offense(s).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841, as set forth in this Indictment, the Defendant, CHRISTOPHER ROBERT MORRELL, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

INDICTMENT – 3

If any forfeitable property, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), Felon in Possession of Firearms, as set forth in this Indictment, Defendant, CHRISTOPHER ROBERT MORRELL, shall forfeit to the United States of America any firearm and ammunition involved or used in the commission of the offense, including, but not limited to:

-   an Anderson Manufacturing semi-automatic AR-15 style rifle bearing serial number 18016419, and,

//

//

//

//

//

//

INDICTMENT – 4

- a Smith and Wesson model M&P AR-15 style rifle bearing serial number DTE8679

DATED this ___5___ day of March 2025.

A TRUE BILL

_Ried R. Baker_

Richard R. Barker
Acting United States Attorney

_[signature]_

Rebecca R. Perez
Assistant United States Attorney

INDICTMENT – 5